JS-6
Admin Close

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LIHUA LU,<br><br>  Plaintiff,<br><br>  v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE.,<br><br>Defendants. | No. 5:23-CV-00088 JGB (KKx)<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until November 28, 2023.

Dated: March 27, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE